United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 10, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-50591
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

ISAAC FELIPE CARRILLO-ANDRADE,

                              Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-03-CR-57-ALL-PRM
---------------------

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:*

    Isaac Felipe Carrillo-Andrade appeals the sentence imposed

following his guilty plea conviction of being found in the United

States after deportation/removal in violation of 8 U.S.C. § 1326.

Carrillo-Andrade complains that his sentence was improperly

enhanced pursuant to 8 U.S.C. § 1326(b) based on a prior

conviction. He argues that the sentencing provision is

unconstitutional. Carrillo-Andrade thus contends that his

sentence should not exceed the two-year maximum terms of

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

imprisonment and supervised release prescribed in 8 U.S.C.
§ 1326(a).

In Almendarez-Torres v. United States, 523 U.S. 224, 235
(1998), the Supreme Court held that the enhanced penalties in
8 U.S.C. § 1326(b) are sentencing provisions, not elements of
separate offenses.  The Court further held that the sentencing
provisions do not violate the Due Process Clause.  Id. at 239-47.
Carrillo-Andrade acknowledges that his argument is foreclosed by
Almendarez-Torres, but asserts that the decision has been cast
into doubt by Apprendi v. New Jersey, 530 U.S. 466, 490 (2000).
He seeks to preserve his argument for further review.

Apprendi did not overrule Almendarez-Torres.  See Apprendi,
530 U.S. at 489-90; United States v. Dabeit, 231 F.3d 979, 984
(5th Cir. 2000).  This court must follow Almendarez-Torres
"unless and until the Supreme Court itself determines to overrule
it."  Dabeit, 231 F.3d at 984 (internal quotation marks and
citation omitted).  The judgment of the district court is
AFFIRMED.

The Government has moved for a summary affirmance in lieu of
filing an appellee's brief.  In its motion, the Government asks
that an appellee's brief not be required.  The motion is GRANTED.

AFFIRMED; MOTION GRANTED.